TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. **CR-25-00807-PHX-DJH (ASB)** |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| Antonio Carrera-Hidalgo, | (Material False Statement During the Purchase of a Firearm) |
| Defendant. | Counts 1-2 |

**THE GRAND JURY CHARGES:**

## COUNTS 1-2

On or about the dates below, in the District of Arizona, Defendant, ANTONIO CARRERA-HIDALGO, knowingly made false statements and representations in connection with the acquisition of firearms to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, ANTONIO CARRERA-HIDALGO, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
|:---:|:---:|:---:|
| 1 | June 29, 2024 | Jones & Jones |
| 2 | July 13, 2024 | Jones & Jones |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

s/
_____
FOREPERSON OF THE GRAND JURY
Date:  May 27, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


s/
_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney